IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02464-WYD-KLM

ROCKWARE, INC, a corporation,

    Plaintiff,

v.

ENGIUS, LLC, a corporation,

    Defendant.

## ORDER

THIS MATTER comes before the court on the parties' Notice Of Voluntary Dismissal With Prejudice, [doc.# 6], filed December 10, 2009.  The Court having reviewed the notice and being fully advised of the premises therein, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**.

Dated: December 10, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE